**No. 10-7505. Melecio Aldana-Ortiz, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 844, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9825.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 633.

**No. 10-7508. Kevin Aller, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 845, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9760.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 384 Fed. Appx. 34.

**No. 10-7520. Abraham Lockett, Jr., Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 845, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9729.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 837.

**No. 10-7521. Sereino Joe Martinez, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 845, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9675.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 786.

**No. 10-7522. Edward Matthieu, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 845, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9753.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7523. Alberto Fuentes-Moreno, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 846, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9673.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 393 Fed. Appx. 549.

**No. 10-7524. Michael Hernandez, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 846, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9650.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 359.

**No. 10-7525. Rodolfo Gonzalez, Petitioner v. United States.**

562 U.S. 1118, 131 S. Ct. 846, 178 L. Ed. 2d 574, 2010 U.S. LEXIS 9761.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 393 Fed. Appx. 661.